TOWN OF EAST WINDSOR *v.* EDWIN THRALL ET AL.
(6485)

BORDEN, NORCOTT and FOTI, Js.

Argued June 1—decision released June 3, 1988

*Edwin Thrall,* pro se, and *Olive Thrall,* pro se, the appellants (defendants).

*Thomas W. Fahey, Jr.,* for the appellee (plaintiff).

PER CURIAM. There is no error.